| | |
|---|---|
| 1 | JAMES B. CHANIN (SBN# 76043) |
|   | Law Offices of James B. Chanin |
| 2 | 3050 Shattuck Avenue |
|   | Berkeley, California  94705 |
| 3 | Telephone: (510) 848-4752 |
|   | Facsimile: (510) 848-5819 |
| 4 | |
|   | RONALD S. BARKIN (SBN# 48930) |
| 5 | Law Offices of Ronald S. Barkin |
|   | 2000 Yolo Avenue |
| 6 | Berkeley, California  94707 |
|   | Telephone: (510) 559-9525 |
| 7 | |
| 8 | |
| 9 | Attorneys for Plaintiff |
| 10 | |

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  ANGEL JAMES MENDEZ,              ) CASE NO. C 03 4485 PJH
14                                   )
                                     ) STIPULATION AND ORDER THEREON
15                                   ) EXTENDING THE DEADLINE FOR
                                     ) EXPERT DISCLOSURES AND
16           Plaintiff,              ) EXPERT DISCOVERY
                                     )
17                                   )
    vs.                              )
18                                   ) Trial Date: 3/27/2006
    COUNTY OF ALAMEDA, a municipal   )
19  corporation; DEPUTY J. RUSSELL;  )
    DEPUTY DEREK MEZA                )
20  DOES 1-100, inclusive,           )
                                     )
21           Defendants.             )
    _____)
22

23       Whereas the current discovery cut-off date falls

24  substantially after the current deadline for the parties'

25  disclosure of expert witness information pursuant to F.R.C.P.

26

STIP. RE EXPERT DISCOVERY C 03 4485 PJH                          1

26, and whereas the parties are still in the process of completing fact discovery and need to complete additional fact discovery before making their expert disclosures,

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY AGREE AND STIPULATE THAT the deadline for disclosure of expert witness information pursuant to F.R.C.P. 26, which is currently set for June 15, 2005, shall be extended to November 1, 2005.

THE PARTIES FURTHER AGREE AND STIPULATE THAT the deadline for completion of expert witness discovery, which is currently set for September 14, 2005, shall be extended to December 12, 2005.

IT IS SO STIPULATED:

Dated: May 23, 2005

JAMES B. CHANIN
Attorney for Plaintiff

Dated: May 26, 2005

CLYDE A. THOMPSON
Attorney for Defendants

PURSUANT TO STIPULATION
IT IS SO ORDERED:

Dated: May 31, 2005

No other dates will be changed.

PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES
DISTRICT COURT

STIP. RE EXPERT DISCOVERY C 03 4485 PJH                                    2