UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL J. MENDEZ,<br><br>    Plaintiff(s),<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendant(s). | No. C03-4485 PJH (BZ)<br><br>**FIFTH DISCOVERY ORDER** |

    A telephone conference regarding Plaintiff's request to compel Sheriff Charles Plummer to appear for deposition was held on June 22, 2005, at which plaintiff was represented by James B. Chanin and defendants were represented by Rebecca Widen. Neither side requested to file an additional brief and I find no need for further argument. For the reasons discussed during the conference, **IT IS HEREBY ORDERED** that Plaintiff's request for an order compelling Sheriff Charles Plummer to appear for deposition is **DENIED** without prejudice. Plaintiff
///

1

may renew his request if further discovery shows a need to depose Sheriff Plummer.

Dated: June 23, 2005

                                /s/ Bernard Zimmerman
                                   Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\MENDEZ\DISC5.ORD.wpd