1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  STRICKLAND, HAAPALA,
   ALTURA, THOMPSON & ABERN LLP
3  1939 Harrison Street, Suite 800
   Oakland, California 94612-3533
4  Tel:  510-763-2324
   Fax:  510-273-8570
5

6  Attorneys for Defendant
   COUNTY OF ALAMEDA, DEPUTY J. RUSSELL,
7  and DEPUTY DEREK MEZA

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 ANGEL JAMES MENDEZ,            )  Case No.: C03 4485 PJH
                                  )
11         Plaintiff,              )  STIPULATION AND ORDER
                                  )  EXTENDING THE TIME TO
12     vs.                         )  COMPLETE FACT WITNESS
                                  )  DISCOVERY
13 COUNTY OF ALAMEDA, a municipal  )
   corporation; DEPUTY J. RUSSELL OR )  Trial Date:  March 27, 2006
14 DOE 1; DEPUTY ANTHONY MAZA OR   )
   ANTHONY MEZA OR ANTHONY MESA    )
15 OR DOE 2; DEPUTY BARCELLI OR    )
   DOE 3; DEPUTY CAPPETTI OR DOE 4;)
16 DOES 5-100, inclusive,           )
                                  )
17         Defendants.             )
   _____)
18

19        Defendants COUNTY OF ALAMEDA, DEPUTY J. RUSSELL, and DEPUTY

20 ANTHONY MEZA (hereinafter "Defendants") and Plaintiff ANGEL MENDEZ request the

21 Court extend the time to complete fact discovery for 30 days from September 14, 2005 to

22 October 14, 2005.

23        The reason for this requested extension of time is that the parties and their counsel are

24 having great difficulty relocating essential witnesses to the events at the former Hayward

25 residence of Barbara Overland. These witnesses include Barbara Overland, Rory Overland, and

26 Cory Overland. The Overlands appear to have left their county of residence (Alameda) and

27 perhaps the State of California. Efforts to locate Cory Overland, include an examination of

28 County Jail records. We have not been able to locate Barbara Overland, Randy Overland, or

                                          1

Case 4:03-cv-04485-PJH   Document 35   Filed 08/09/05   Page 2 of 3
07/29/2005 17:15  510-8485819       THE LAW CENTER                    PAGE  04/05
Case 3:03-cv-04485-PJH   Document 34   Filed 08/01/2005   Page 2 of 3
Jul.29. 2005  3:02PM   STRICKLAND HAAPALA2 510-273-8070        NO.7504  P. 4

1 Cory Overland:

2     Plaintiff's counsel has a pressing trial schedule or both civil and criminal defense cases
3 that precludes his availability to participate in depositions during the month of July and August
4 2005.

5     The parties previously stipulated to continue expert witness disclosure from
6 June 15, 2005 to November 1, 2005, and the Court has allowed this extension by a previous
7 Order.

8     The requested 30 day extension of the time to complete fact discovery will not
9 adversely impact, and will actually affirmatively assist, the parties preparation of the case for
10 trial in accordance with the Court's scheduling order.

11     IT IS HEREBY STIPULATED by the parties, through their counsel, as follows that the
12 time to complete fact discovery is extended 30 days from September 14, 2005 to
13 October 14, 2005.

14 Dated: July 29, 2005      LAW OFFICES OF JAMES B. CHANIN

16      By: _____
17      James B. Chanin
     Attorney for Plaintiff
     ANGEL JAMES MENDEZ

19 Dated: July 29, 2005      STRICKLAND, HAAPALA,
     ALTURA, THOMPSON & ABERN, LLP

22      By: _____
23      Clyde A. Thompson
     Attorneys for Defendants
     COUNTY OF ALAMEDA,
24      DEPUTY J. RUSSELL, and
     DEPUTY D. MEZA

25                                 **ORDER**

26     The Court having considered the proposed stipulation regarding writings and
27 documents of the parties to this action, and there being good cause,

28 //

*Strickland, Haapala, Altura, Thompson & Abern LLP*
*Attorneys At Law*
*Park Plaza Building*
*1939 Harrison St., Suite 800*
*Oakland, California 94612*
*Telephone: 510-763-2324*
*Facsimile: 510-273-8834*

2

Mendez v. County of Alameda, et al./Case #C03 4485 PJH

1  IT IS ORDERED discovery cutoff is extended from September 14, 2005 to
2  October 14, 2005.
3  Dated: 8/9/05

_____
Honorable Phyllis J. Hamilton
Judge, United States District Court

3

Mendez v. County of Alameda, et al./Case #C03 4485 PJH
Stipulation & Order Extending Discovery Cutoff