JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK    (SBN# 114968)
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ext. 2
Facsimile:    (510) 848-5819

RONALD S. BARKIN (SBN# 48930)
Law Offices of Ronald S. Barkin
2000 Yolo Avenue
Berkeley, California  94707
Telephone: (510) 559-9525

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MENDEZ,<br><br>           Plaintiff,<br><br>   vs.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>           Defendant | Case No.: C 03 4485 PJH<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO DEPOSE WITNESSES CONFINED IN CALIFORNIA STATE PRISONS** |

WHEREAS, Plaintiff's counsel is informed and believes that George Martinez (CDC # V53429) and Isaac Ibarra (CDC# V75226) are percipient witnesses with discoverable information pertaining to the subject matter of this litigation;

WHEREAS, Plaintiff's counsel has been informed that Mr. Martinez and Mr. Ibarra are in the custody of the California Department of Corrections.  Plaintiff's counsel is informed and believes that Mr. Martinez is currently incarcerated at the California Correctional Center in Susanville, California, and that Mr. Ibarra is currently incarcerated at the Mule Creek State Prison in Ione, California,

WHEREAS,  Plaintiff is seeking leave of Court Pursuant to F.R.C.P. 30(a)(2) and F.R.C.P. 26(b)(2) to depose said witnesses in this action,

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE AS FOLLOWS:

That Plaintiff shall be granted leave to depose George Martinez and Isaac Ibarra who are in the custody of the California Department of Corrections as follows:

1) George Martinez (CDC# V53429):   Deposition Date/Time:  September 26, 2005 at 10:30 a.m.
                                    Location:  California Correctional Center
                                    in Susanville, CA.

2) Isaac Ibarra (CDC# V75226):      Deposition Date/Time:  September 14, 2005, 1:00 p.m.
                                    Location:  Mule Creek State Prison in Ione, CA.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD FURTHER AGREE AND STIPULATE THAT the Court may issue all appropriate Orders as necessary to compel the attendance of Mr. Martinez and Mr. Ibarra at their depositions, including any necessary Order(s) to the California Department of Corrections to produce said inmates for deposition by counsel for the parties.

IT IS HEREBY FURTHER STIPULATED AND AGREED THAT in the event that the depositions cannot go forward on the dates and times due to the unavailability of counsel for the parties and/or at the specific prison locations set forth above due to the transfer of any inmate and/or for any other reason, counsel for the parties may stipulate to alternative dates and times and/or alternative prison locations as necessary without the need for a further Court Order.

IT IS SO STIPULATED:

Dated:  August 19, 2005                 _____/S/_____
                                        JAMES B. CHANIN
                                        Attorney for Plaintiff

Dated:  August 22, 2005                 _____/S/_____
                                        CLYDE A. THOMPSON
                                        Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED AS FOLLOWS:

Plaintiff's counsel is hereby granted leave to take the depositions of the persons in the custody of the California Department of Corrections as follows:

1) George Martinez (CDC# V53429):   Deposition Date/Time:  September 26, 2005 at 10:30 a.m.
                                    Location:  California Correctional Center
                                    in Susanville, CA.

2) Isaac Ibarra (CDC# V75226):      Deposition Date/Time:  September 14, 2005, 1:00 p.m.
                                    Location:  Mule Creek State Prison in Ione, CA.

In the event that the depositions cannot go forward on the above dates and times and/or at the aforementioned locations due to the unavailability of counsel and/or the transfer of the deponents to other correctional facilities and/or for any other reason, counsel for the Plaintiff and Defendants may stipulate to taking the depositions on alternative dates and/or times and/or at alternative locations as necessary without further Order of this Court.

IT IS HEREBY ORDERED THAT the California Department of Corrections shall make Mr. Martinez and Mr. Ibarra available for deposition on the dates and at the times set forth above and/or on alternative dates and times and/or at alternative locations as necessary pursuant to the stipulation of counsel for the Plaintiff and Defendants.

IT IS SO ORDERED:

Dated: August 26, 2005

_____
PHYLLIS J. HAMILTON
Judge of the United States
District Court