1  JAMES B. CHANIN (SBN# 76043)
   Law Offices of James B. Chanin
2  3050 Shattuck Avenue
   Berkeley, California  94705
3  Telephone: (510) 848-4752
   Facsimile: (510) 848-5819
4
   RONALD S. BARKIN (SBN# 48930)
5  Law Offices of Ronald S. Barkin
   2000 Yolo Avenue
6  Berkeley, California  94707
   Telephone: (510) 559-9525
7

8

9  Attorneys for Plaintiff

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13
   ANGEL JAMES MENDEZ,            ) CASE NO. C 03 4485 PJH
14                                )
                                  ) STIPULATION AND ORDER THEREON
15                                ) EXTENDING THE DEADLINE FOR
                                  ) EXPERT DISCLOSURES AND
16         Plaintiff,             ) EXPERT DISCOVERY
                                  )
17                                )
   vs.                            )
18                                ) Trial Date: 3/27/2006
   COUNTY OF ALAMEDA, a municipal )
19 corporation; DEPUTY J. RUSSELL;)
   DEPUTY DEREK MEZA              )
20 DOES 1-100, inclusive,         )
                                  )
21         Defendants.            )
                                  )
22

23 THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO

24 HEREBY AGREE AND STIPULATE THAT the deadline for disclosure of

25 expert witness information pursuant to F.R.C.P. 26, which is

26 currently set for November 1, 2005, shall be extended to

27 December 1, 2005 and that the deadline for completion of

28 STIP. RE EXPERT DISCOVERY C 03 4485 PJH                      1

expert depositions shall be extended to January 25, 2006.

The parties are requesting this extension of the expert disclosure and expert deposition cut-off dates due to the following facts:

Both parties have recently completed a large number of fact witness depositions, including civilian and law enforcement witness depositions. These depositions will need to be transcribed and reviewed by counsel as well as by their respective experts. Fact discovery does not close until October 14, 2005, and the parties are continuing to endeavor in a cooperative manner to complete the fact discovery by that date.

Counsel for the parties believe that the proposed extensions on the deadlines for completion of the expert discovery will allow them sufficient time to obtain the deposition transcripts, provide them for review to their experts and leave time for their respective experts to prepare their Rule 26 reports and be prepared for their depositions. The requested extensions are also sufficiently in advance of the March 27, 2006, trial date and will allow expert discovery to be completed in a timely manner well in advance of the trial date.

Plaintiff's counsel also request that the Court grant the requested extension on expert discovery because plaintiff's lead counsel, James Chanin, has recently experienced some health problems which necessitate that he undergo a series of medical tests and procedures in October 2005. Depending on

STIP. RE EXPERT DISCOVERY C 03 4485 PJH                              2

the outcome of these tests, further medical procedures may become necessary. Therefore, plaintiff's counsel believe that the requested extension on the deadlines for completion of expert discovery will help to ensure that the expert discovery will be completed by plaintiff's counsel in a timely manner well before the scheduled trial date in March 2006.

IT IS SO STIPULATED:

Dated: September 29, 2005

_____
JAMES B. CHANIN
Attorney for Plaintiff

Dated: September 28, 2005

_____
CLYDE A. THOMPSON
Attorney for Defendants

PURSUANT TO STIPULATION
IT IS SO ORDERED:

Dated: October 4, 2005

_____
PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES
DISTRICT COURT

STIP. RE EXPERT DISCOVERY C 03 4485 PJH                                   3