```
 1  JAMES B. CHANIN (SBN# 76043)
    Law Offices of James B. Chanin
 2  3050 Shattuck Avenue
    Berkeley, California 94705
 3  Telephone: (510) 848-4752
    Facsimile: (510) 848-5819
 4
    RONALD S. BARKIN (SBN# 48930)
 5  Law Offices of Ronald S. Barkin
    2000 Yolo Avenue
 6  Berkeley, California 94707
    Telephone: (510) 559-9525
 7

 8

 9  Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13
    ANGEL JAMES MENDEZ,          ) CASE NO. C 03 4485 PJH
14                               )
                                 ) STIPULATION AND ORDER THEREON
15                               ) CONCERNING EXPERT DISCOVERY
                                 ) AND DISCLOSURES RE:
16                               ) PLAINTIFF'S TREATING
                                 ) PHYSICIANS, DRS. ENGLE AND
17           Plaintiff,           ) YOSHIOKA
                                 )
18                               )
    vs.                          )
19                               ) Trial Date: 3/27/2006
    COUNTY OF ALAMEDA, a municipal )
20  corporation; DEPUTY J. RUSSELL;)
    DEPUTY DEREK MEZA            )
21  DOES 1-100, inclusive,       )
                                 )
22          Defendants.          )
    _____)
23

24       THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO

25  HEREBY AGREE AND STIPULATE THAT:

26       WHEREAS, Plaintiff's treating physicians, Howard

27  Yoshioka, M.D., and Kristen Engle, M.D., have been deposed in

28  STIP. RE DRS. YOSHIOKA & ENGLE C 03 4485 PJH                1
```

this action heretofore and have not been specially retained as experts by either party for purposes of this litigation,

IT IS HEREBY STIPULATED AND AGREED THAT neither party shall be required to produce expert witness reports from Drs. Yoshioka and/or Engle pursuant to F.R.C.P. 26 as a condition of calling them to testify and offer opinions at the trial concerning the plaintiff's medical conditions, the diagnoses, prognoses, medical care and/or treatment of the plaintiff and his medical conditions and/or concerning any other matter about which they testified during the course of their depositions in this action.

IT IS HEREBY FURTHER STIPULATED AND AGREED THAT either party shall have the right to take a second, video-taped deposition of Dr. Engle in the event that it is determined that she will be out of the United States or otherwise unavailable at the time of the trial in this action.

IT IS SO STIPULATED
Dated: September 29, 2005

_____
JAMES B. CHANIN
Attorney for Plaintiff

Dated: September 29, 2005

_____
CLYDE A. THOMPSON
Attorney for Defendants

PURSUANT TO STIPULATION
IT IS SO ORDERED:

Dated: October 4, 2005

_____
PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES
DISTRICT COURT

STIP. RE DRS. YOSHIOKA & ENGLE C 03 4485 PJH                    2