1  JAMES B. CHANIN (SBN# 76043)
   Law Offices of James B. Chanin
2  3050 Shattuck Avenue
   Berkeley, California  94705
3  Telephone: (510) 848-4752
   Facsimile: (510) 848-5819
4
   RONALD S. BARKIN (SBN# 48930)
5  Law Offices of Ronald S. Barkin
   2000 Yolo Avenue
6  Berkeley, California  94707
   Telephone: (510) 559-9525
7

8

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13
   ANGEL JAMES MENDEZ,                ) CASE NO. C 03 4485 PJH
14                                    )
                                      ) STIPULATION AND ORDER THEREON
15                                    ) EXTENDING THE DEADLINE FOR
                                      ) EXPERT DISCLOSURES AND
16             Plaintiff,             ) EXPERT DISCOVERY
                                      )
17                                    )
   vs.                                )
18                                    ) Trial Date: 3/27/2006
   COUNTY OF ALAMEDA, a municipal     )
19 corporation; DEPUTY J. RUSSELL;    )
   DEPUTY DEREK MEZA                  )
20 DOES 1-100, inclusive,             )
                                      )
21             Defendants.            )
                                      )

22

23      THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO

24  HEREBY AGREE AND STIPULATE THAT the deadline for disclosure of

25  expert witness information pursuant to F.R.C.P. 26, which is

26  currently set for December 1, 2005, should be extended to

27  December 16, 2005.

28
    STIP. RE EXPERT DISCOVERY C 03 4485 PJH                      1

The parties are requesting this extension of the expert disclosure cut-off date so that the parties' experts may have additional time to make any revisions to their Rule 26 reports as may be required to account for the dismissal of plaintiff's claims against defendant Meza as a result of the Court's recent Order granting defendant Meza's motion for summary judgment.

IT IS SO STIPULATED:

Dated:  November 29, 2005                  _____/s/_____
                                           JAMES B. CHANIN
                                           Attorney for Plaintiff

Dated:  November 29, 2005                  _____/s/_____
                                           CLYDE A. THOMPSON
                                           Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

        November 30
Dated:  _____, 2005                    _____
                                           PHYLLIS J. HAMILTON
                                           JUDGE OF THE UNITED STATES
                                           DISTRICT COURT

STIP. RE EXPERT DISCOVERY C 03 4485 PJH                            2