1  JAMES B. CHANIN (SBN# 76043)
   Law Offices of James B. Chanin
2  3050 Shattuck Avenue
   Berkeley, California  94705
3  Telephone: (510) 848-4752
   Facsimile: (510) 848-5819
4
   RONALD S. BARKIN (SBN# 48930)
5  Law Offices of Ronald S. Barkin
   2000 Yolo Avenue
6  Berkeley, California  94707
   Telephone: (510) 559-9525
7  Facsimile: (510) 524-3425
8
9
10 Attorneys for Plaintiff
11
12                 UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14
15 ANGEL JAMES MENDEZ,            ) CASE NO. C 03 4485 PJH
                                  )
16                                ) STIPULATION FOR PARTIAL
                                  ) DISMISSAL WITH PREJUDICE
17          Plaintiff,             ) AND ORDER THEREON
                                  )
18                                )
   vs.                            )
19                                )  Trial Date: 3/27/2006
   COUNTY OF ALAMEDA, a municipal )
20 corporation; DEPUTY J. RUSSELL;)
   DEPUTY DEREK MEZA              )
21 DOES 1-100, inclusive,         )
                                  )
22          Defendants.           )
                                  )
23
24
25
26
27
28 STIP. RE PARTIAL DISMISSAL   C03 4485 PJH                 1

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY AGREE AND STIPULATE TO:

The partial dismissal with prejudice of plaintiff's claims arising from the incident alleged in plaintiff's First Amended Complaint which occurred on or about February 13, 2004. Each party shall bear its own attorneys' fees and costs with respect to said claims.

IT IS FURTHER AGREED AND STIPULATED THAT this stipulation is *not* intended to affect in any way whatsoever the other claims and/or defenses of any party with respect to the matters alleged in the First Amended Complaint. Specifically, plaintiff intends to proceed to trial on all remaining claims for relief other than those arising specifically from the incident which occurred on or about February 13, 2004. This includes, but is not limited to, all claims plaintiff has arising from the incident of October 10, 2002.

IT IS FURTHER STIPULATED AND AGREED THAT this partial dismissal shall not be used for any purpose at trial and shall not constitute admissible evidence in this or any other action other than in a proceeding to enforce the provisions of this stipulation and order.

IT IS FURTHER AGREED AND STIPULATED THAT neither party shall offer or attempt to offer any evidence at trial or in any other proceeding concerning the incident which occurred on or about February 13, 2004, including, but not limited to,

STIP. RE PARTIAL DISMISSAL   C03 4485 PJH                         2

evidence relating to the events leading to and/or following the plaintiff's arrest by defendant Russell on or about February 13, 2004.

IT IS SO STIPULATED

Dated:  December 6, 2005              _____/s/_____
                                       JAMES B. CHANIN
                                       Attorney for Plaintiff


Dated:  December 9, 2005              _____/s/_____
                                       CLYDE A. THOMPSON
                                       Attorney for Defendants

PURSUANT TO STIPULATION
IT IS SO ORDERED:

Dated:  __December 13__, 2005         _____
                                       PHYLLIS J. HAMILTON
                                       JUDGE OF THE UNITED STATES
                                       DISTRICT COURT

STIP. RE PARTIAL DISMISSAL   C03 4485 PJH                    3