UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGEL JAMES MENDEZ,

    Plaintiff(s),                    No. C 03-4485 PJH

    v.                               **ORDER OF DISMISSAL**

COUNTY OF ALAMEDA, et al.,

    Defendant(s).

_____/

    The court having been advised by Magistrate Judge James following a settlement conference, that the parties have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within sixty (60) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

    The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

    The pretrial conference and trial dates of March 23, 2006 and April 3, 2006, are VACATED.

    IT IS SO ORDERED.

Dated: March 3, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge